# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LOUIS KWAME FOSU,**<br><br>    **Plaintiff,**<br><br>  V.<br><br>**STEVEN RICHARD, individually and in his capacity as Partner at Nixon Peabody LLP, NIXON PEABODY LLP, ANDREW I. GLINCHER (Senior Chairman) Nixon Peabody LLP, STEPHEN D. ZUBIAGO (CEO) Nixon Peabody, LLP, WILLIAM CONNOLLY (General Counsel) Nixon Peabody LLP, STACIE COLLIER (Chief Talent Officer) Nixon Peabody LLP, TABITHA ROSS (Chief HR Officer) Nixon Peabody LLP,**<br><br>    **Defendants.** | C.A. No. 1:25-cv-691-MRD-PAS |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

  Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Steven M. Richard, Nixon Peabody LLP, Andrew I. Glincher, Stephen D. Zubiago, William Connolly, Stacie Collier, and Tabitha Ross (collectively, "Nixon Peabody Defendants") move to dismiss the Complaint (ECF No. 1) filed by *Pro Se* Plaintiff Louis Kwame Fosu. The Nixon Peabody Defendants have concurrently filed their supporting memorandum.

  As a matter of law, none of the Complaint's federal law counts state any plausible claims upon which relief can be granted. If the Court retains supplemental jurisdiction over the state law counts, they likewise cannot survive past the pleadings. Consistent with the Court's analysis of its subject matter jurisdiction, the Court should enter a Final Judgment in the Nixon Peabody

Defendants' favor on all counts that it dismisses with prejudice. No leave to amend is justified because all claims pled in the Complaint are futile.

The Nixon Peabody Defendants do not request a hearing because the Complaint is fatally flawed on its face.

DEFENDANTS,

STEVEN RICHARD, NIXON PEABODY LLP, ANDREW I. GLINCHER, STEPHEN D. ZUBIAGO, WILLIAM CONNOLLY, STACIE COLLIER, TABITHA ROSS

By Their Attorney,

*/s/ Jeffrey S. Brenner*
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
Tel:    (401) 454-1042
Fax:    (866) 947-0883
Email: jbrenner@nixonpeabody.com

Dated:  January 12, 2026

## CERTIFICATE OF SERVICE

I certify that, on this 12th day of January, 2026, I filed and served this Motion to Dismiss via the Court's CM/ECF system. I have also served a copy of this memorandum upon Pro Se Plaintiff Louis Kwame Fosu via email at Loufosu@diversitythinktank.org and regular mail to his listed address at 43 Connecticut Street, Cranston, RI 02920.

*/s/ Jeffrey S. Brenner*

4929-9286-7462.1